## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LOUIS VUITTON MALLETIER S.A.S.,** : <br> : <br> **Plaintiff,** : <br> : <br> **v.** : <br> : <br> **C.G.C. ENTERPRISES, INC.;** : <br> **CHARLES CHESLOCK; ABC CORPS** : <br> **1-10; and JOHN DOES 1-100,** : <br> : <br> **Defendants.** : <br> : | **Civil Action No: 3:24-cv-01287-VAB** |

## DEFENDANT C.G.C. ENTERPRISES, INC.'S
## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant C.G.C. Enterprises, Inc. ("CGC") respectfully moves this Court for an order dismissing Plaintiff Louis Vuitton Malletier S.A.S.'s ("Louis Vuitton") claim of unjust enrichment with prejudice. As set forth in the accompanying memorandum of law, Plaintiff's unjust enrichment claim fails to state a legally viable claim for two reasons: (1) the claim is nothing more than an improperly repackaged contract claim, and (2) Plaintiff fails to identify any non-contractual benefit retained by CGC at Louis Vuitton's expense.

November 4, 2024

Respectfully submitted,

 */s/ Joseph C. Merschman*
Joseph C. Merschman (ct27896)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

1

T: (203) 498-4400  
F: (203) 782-2889  
jmerschman@wiggin.com

*Attorney for C.G.C. Enterprises, Inc.*